NOVEMBER 7, 1983

No. 83–430. HEIMBACH, COUNTY EXECUTIVE OF ORANGE COUNTY, ET AL. *v.* NEW YORK ET AL. Appeal from Ct. App.

N. Y. dismissed for want of substantial federal question. ■